UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    Plaintiff,

          -against-                    **ORDER**
                                      CV 06-6380 (JFB)(ARL)

GORDON B. JOHN,

                    Defendants.

----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the plaintiff's letter application dated August 8, 2007, seeking to preclude the *pro se* defendant from using any evidence that should have been disclosed as part of the defendant's initial disclosures in a motion or at a hearing or trial. Although the defendant has failed to provide the plaintiff with his initial disclosures and has not opposed the instant motion, the plaintiff's motion is nonetheless denied, with leave to renew.

      Given the defendant's pro se status, the court will provide the defendant with another opportunity to comply with the initial disclosure requirement set forth in Rule 26(a)(1). Mr. John is advised that pursuant to Rule 26(a)(1) he must provide the plaintiff with the names and addresses of individuals likely to have information that may support his claim or defense in the matter, documents, or a description by category and location of documents, that may be used to support his claims or defenses, and a computation of damages, if applicable. The defendant shall provide the plaintiff with these initial disclosures by September 14, 2007. The failure to do so may result in sanctions, including an order precluding the later use of any information that is not disclosed pursuant to this order.

Dated: Central Islip, New York
           August 21, 2007
                                                          **SO ORDERED:**

                                                            _____/s/_____
                                                            ARLENE R. LINDSAY
                                                             United States Magistrate Judge